# ELECTRONIC RECORD

COA # 02-13-00609-CR                OFFENSE: 3

STYLE: Matthew Lee Barnett v. The State of Texas        COUNTY: Hood

COA DISPOSITION:        AFFIRMED        TRIAL COURT: 355th District Court

DATE: 06/18/15                Publish: YES   TC CASE #:        CR12446

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Matthew Lee Barnett v. The State of Texas        CCA #: 788-15

___APPELLANT'S___ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

___Refused___        JUDGE: _____

DATE: _Oct. 28, 2015_        SIGNED: _____        PC: _____

JUDGE: _PC_        PUBLISH: _____        DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD